[Docket Nos. 10, 16]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| JOHN GERACI, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC.,<br><br>Defendant. | Civil No. 1:18-cv-15542-RMB<br><br>**ORDER** |

This matter comes before the Court upon Defendant's motion to transfer the case to the United States District Court for the District of Colorado. For the reasons set forth in the accompanying opinion,

**IT IS** on this **21st** of **June 2019**, hereby:

**ORDERED** that Defendant's Motion to Transfer Venue is **GRANTED**, and this case shall be **TRANSFERRED** to the District of Colorado; and it is further

**ORDERED** that Plaintiff's Motion for Leave to File a Sur-Reply is **DENIED AS MOOT**.

\_s/ Renée Marie Bumb\_\_\_\_\_
Renée Marie Bumb, U.S.D.J.