**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| John Geraci, *on behalf of himself and all others similarly situated*, | : <br> : <br> : <br> : Civil Action No.: 1:19-cv-01826-RM-KLM <br> : |
| Plaintiff, | : |
| v. | : <br> : |
| Red Robin International, Inc., | : <br> : |
| Defendant. | : <br> : |

## STIPULATION OF DISMISSAL

Plaintiff John Geraci and Defendant Red Robin International, Inc., through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby agree to dismiss the above-captioned action, with each party to bear their own respective fees and costs.

| John Geraci | Red Robin International, Inc. |
|---|---|
| ___*/s/ Sergei Lemberg*___ <br> Sergei Lemberg <br> Lemberg Law, LLC <br> 43 Danbury Road, Third Floor <br> Wilton, CT 06897 <br> Telephone: (203) 653-2250 <br> slemberg@lemberglaw.com <br> Attorneys for Plaintiff | ___*/s/ Whitney M. Smith*___ <br> Whitney M. Smith <br> Lauri A. Mazzuchetti <br> Kelley Drye & Warren LLP <br> One Jefferson Road <br> Parsippany, NJ 07054 <br> Telephone: 973-503-5900 <br> Facsimile: 973-503-5950 <br> Email: lmazzuchetti@kelleydrye.com <br> Email: wsmith@kelleydrye.com <br><br> Stacy A. Carpenter <br> Richard M. Murray <br> Polsinelli PC <br> 1401 Lawrence Street, Suite 2300 <br> Denver, CO 80202 <br> Telephone: 303-572-9300 <br> Facsimile: 303-572-7883 <br> Email: scarpenter@polsinelli.com <br> Email: rmurray@polsinelli.com <br> Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 11, 2021, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                   By */s/ Sergei Lemberg*_____
                                                         Sergei Lemberg